UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | : | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 |
| | : | (MJD/SRN) |
| This Document Relates to: | : | |
| | : | |
| *Patricia Cook, et al. v. Bayer Corp., et al.* | : | Case No. 05-0196 |
| | : | |

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that defendants Bayer Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline move the Honorable Judge Michael J. Davis, United States District Court, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, Minnesota, under Federal Rules of Civil Procedure 12(b)(5) and 41(b), to dismiss the claims of plaintiff William Chavanell for failure to effect proper service and failure to prosecute his case.  The reasons supporting defendants' Motion are more fully outlined in the accompanying Memorandum.

WHEREFORE, Defendants Bayer Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline respectfully request that this Court grant their Motion and dismiss William Chavanell's claims without prejudice.

Dated:  March 26, 2008

Respectfully submitted,

| | |
|---|---|
| Philip S. Beck | Scott A. Smith |
| Adam Hoeflich | Tracy J. Van Steenburgh |
| BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP | HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A. |
| 54 West Hubbard Street, Suite 300 | 220 South Sixth Street, Suite 600 |
| Chicago, IL 60610 | Minneapolis, Minnesota 55402-4501 |
| (312) 494-4400 | (612) 338-1838 |
| /signature on file/ | /signature on file/ |
| Susan A. Weber | Fred T. Magaziner |
| James W. Mizgala | DECHERT LLP |
| Elizabeth M. Chiarello | Cira Centre |
| SIDLEY AUSTIN LLP | 2929 Arch Street |
| One South Dearborn Street | Philadelphia, PA 19104 |
| Chicago, IL 60603 | (215) 994-4000 |
| (312) 853-7000 | |
| | *Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline* |

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

John F. Olinde
Charles P. Blanchard
CHAFFE McCALL LLP
1100 Poydras Street, Suite 2300
New Orleans, LA  70163
(504) 585-7000

*Counsel for Bayer Corporation*

## CERTIFICATE OF SERVICE

I, David L. Barlett, certify that true and correct copies of the foregoing Defendants' Motion to Dismiss, supporting memorandum, proposed order, Local Rule 7.1 certificate, and exhibits were electronically filed and served on March 26, 2008.

_____