UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 |
| | : (MJD/SRN) |
| This Document Relates to: | : |
| *Patricia Cook, et al. v. Bayer Corp., et al.* | : Case No. 05-0196 |

**ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendants Bayer Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline's Motion to Dismiss; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that the Motion to Dismiss is granted. **IT IS FURTHER ORDERED** that the claims of plaintiff William Chavanell are hereby dismissed without prejudice.

DATED: MAY 07 2008

*/s/ Michael J. Davis*
Honorable Judge Michael J. Davis
United States District Court

SCANNED
MAY 08 2008
U.S. DISTRICT COURT MPLS